Company: KEYSTONE PROPANE SERVICE INC
Check date: 8/20/2015 - Payroll 1
Pay Period: 08/03/2015 to: 08/16/2015

13 of 14

Date Printed: 08/19/2015 15:08

21243287 - RKYEW

Employee: SHEHADI, NICHOLAS

| | | | |
|---|---|---|---|
| Regular | 80.00 | 14.0000 | 1,120.00 |
| Bonus | 0.00 | | 800.00 |
| | 80.00 | | 1,920.00 |

SSN: xxx-xx-8947

| | |
|---|---|
| FED FIT | 202.90 |
| FED SOCSEC | 119.04 |
| FED MEDCARE | 27.84 |
| PA SIT | 58.94 |
| PA SUI | 1.35 |
| PA5030 - Coolbaugh Twp | 19.20 |
| LIT | |
| PA1370 - Coolbaugh Twp | 2.00 |
| LST | |
| | 431.27 |

Check Date: 08/20/2015 / Direct Deposit / Checking / Account No: XXX9511   $1,488.73

1,488.73

| | |
|---|---|
| FED SOCSEC-ER | 119.04 |
| FED MEDCARE-ER | 27.84 |
| | 146.88 |

**Payroll Details**

Employee: SHEHADI, NICHOLAS   SSN: xxx-xx-8947

| | | | | | | |
|---|---|---|---|---|---|---|
| Regular | 80.00 | 14.0000 | 1,120.00 | FED FIT | 82.90 | |
| | 80.00 | | 1,120.00 | FED SOCSEC | 69.44 | |
| | | | | FED MEDCARE | 16.24 | |
| | | | | PASIT | 34.38 | |
| | | | | PASUI | 0.78 | |
| | | | | PA5030-Coolbaugh Twp | 11.20 | |
| | | | | LIT | | |
| | | | | PA1370-Coolbaugh Twp | 2.00 | |
| | | | | LST | | 903.06 |

FED SOCSEC-ER 69.44
FED MEDCARE-ER 16.24
85.68

Check Date: 08/06/2015 / Direct Deposit / Checking / Account No: XXX9511   $903.06

Department Totals: 08 - TOBYHANNA TERMINAL   216.94

Company: KEYSTONE PROPANE SERVICE INC
Check date: 8/6/2015 - Payroll 1
Pay Period: 07/20/2015 to: 08/02/2015

13 of 15

Date Printed: 08/03/2015 09:56

21243287 - RK/YEW

3666

SILVER CREST MD PC
231 BELMONT TURNPIKE,
WAYMART, PA 18472

KYLAH SHEHADI
622 WASHIGTON ST
OLYPHANT, PA 18447

Social Security #: [redacted]4056
Department: Default Department
Employee ID: SHEH
Period beginning: 06/21/2015
Period end: 07/04/2015
Check Date: 07/07/2015
Check number: 3666

| | YTD Used | Available |
|---|---|---|
| Vacation | 52.00 | -224.00 |
| Holiday | 36.00 | -192.00 |
| Sick | 0.00 | 0.00 |

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages | 12.2000 | 72.87 | 889.01 | 11,035.63 |
| Vacation | 12.2000 | 8.00 | 97.60 | 608.00 |
| Other Wages | 12.2000 | | | 24.85 |
| Holiday | 12.2000 | | | 411.20 |
| Total Wages | | 80.87 | 986.61 | 12,079.68 |
| FICA-SS | | | 61.17 | 748.94 |
| FICA-Med | | | 14.31 | 175.16 |
| Federal W/H | | | 70.83 | 731.85 |
| State W/H | | | 30.29 | 370.86 |
| SUI | | | 0.69 | 8.45 |
| Local W/H | | | 9.87 | 120.81 |
| Total Withholdings | | | 187.16 | 2,156.07 |

| Deductions | Amount | YTD |
|---|---|---|
| LST | 2.00 | 28.00 |
| Loan | 25.00 | 350.00 |
| Total Deductions | 27.00 | 378.00 |
| Net Pay | 772.45 | 9,545.61 |

3666

SILVER CREST MD PC
231 BELMONT TURNPIKE
WAYMART, PA 18472

KYLAH SHEHADI
622 WASHIGTON ST
OLYPHANT, PA 18447

Social Security #: [redacted]4056
Department: Default Department
Employee ID: SHEH
Period beginning: 06/21/2015
Period end: 07/04/2015
Check Date: 07/07/2015
Check number: 3666

| | YTD Used | Available |
|---|---|---|
| Vacation | 52.00 | -224.00 |
| Holiday | 36.00 | -192.00 |
| Sick | 0.00 | 0.00 |

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages | 12.2000 | 72.87 | 889.01 | 11,035.63 |
| Vacation | 12.2000 | 8.00 | 97.60 | 608.00 |
| Other Wages | 12.2000 | | | 24.85 |
| Holiday | 12.2000 | | | 411.20 |
| Total Wages | | 80.87 | 986.61 | 12,079.68 |
| FICA-SS | | | 61.17 | 748.94 |
| FICA-Med | | | 14.31 | 175.16 |
| Federal W/H | | | 70.83 | 731.85 |
| State W/H | | | 30.29 | 370.86 |
| SUI | | | 0.69 | 8.45 |
| Local W/H | | | 9.87 | 120.81 |
| Total Withholdings | | | 187.16 | 2,156.07 |

| Deductions | Amount | YTD |
|---|---|---|
| LST | 2.00 | 28.00 |
| Loan | 25.00 | 350.00 |
| Total Deductions | 27.00 | 378.00 |
| Net Pay | 772.45 | 9,545.61 |

SILVERCRESTMD PC
570-488-7777
231 BELMONT TURNPIKE
WAYMART, PA 18472

WAYNE BANK

60-854-313

07/21/2015

PAY TO THE ORDER OF KYLAH SHEHADI $ 665.55

**Six Hundred Sixty-five And 55/100 Dollars****************************************** DOLLARS

KYLAH SHEHADI
622 WASHIGTON ST
OLYPHANT, PA 18447

MEMO

⑈003674⑈ ⑆031308548⑆00010147248⑈

3674

SILVER CREST MD PC
231 BELMONT TURNPIKE,
WAYMART, PA 18472
KYLAH SHEHADI
622 WASHIGTON ST
OLYPHANT, PA 18447

Social Security #: [redacted]4056
Department: Default Department
Employee ID: SHEH
Period beginning: 07/05/2015
Period end: 07/18/2015
Check Date: 07/21/2015
Check number: 3674

| | YTD Used | Available |
|---|---|---|
| Vacation | 52.00 | -224.00 |
| Holiday | 36.00 | -192.00 |
| Sick | 0.00 | 0.00 |

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages | 12.2000 | 68.90 | 840.58 | 11,876.21 |
| Other Wages | 12.2000 | | | 24.85 |
| Vacation | 12.2000 | | | 608.00 |
| Holiday | 12.2000 | | | 411.20 |
| Total Wages | | 68.90 | 840.58 | 12,920.26 |
| FICA-SS | | | 52.12 | 801.06 |
| FICA-Med | | | 12.18 | 187.34 |
| Federal W/H | | | 48.92 | 780.77 |
| State W/H | | | 25.81 | 396.67 |
| SUI | | | 0.59 | 9.04 |
| Local W/H | | | 8.41 | 129.22 |
| Total Withholdings | | | 148.03 | 2,304.10 |

| Deductions | Amount | YTD |
|---|---|---|
| LST | 2.00 | 30.00 |
| Loan | 25.00 | 375.00 |
| Total Deductions | 27.00 | 405.00 |

| | Amount | YTD |
|---|---|---|
| Net Pay | 665.55 | 10,211.16 |

3674

SILVER CREST MD PC
231 BELMONT TURNPIKE,
WAYMART, PA 18472
KYLAH SHEHADI
622 WASHIGTON ST
OLYPHANT, PA 18447

Social Security #: [redacted]4056
Department: Default Department
Employee ID: SHEH
Period beginning: 07/05/2015
Period end: 07/18/2015
Check Date: 07/21/2015
Check number: 3674

| | YTD Used | Available |
|---|---|---|
| Vacation | 52.00 | -224.00 |
| Holiday | 36.00 | -192.00 |
| Sick | 0.00 | 0.00 |

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages | 12.2000 | 68.90 | 840.58 | 11,876.21 |
| Other Wages | 12.2000 | | | 24.85 |
| Vacation | 12.2000 | | | 608.00 |
| Holiday | 12.2000 | | | 411.20 |
| Total Wages | | 68.90 | 840.58 | 12,920.26 |
| FICA-SS | | | 52.12 | 801.06 |
| FICA-Med | | | 12.18 | 187.34 |
| Federal W/H | | | 48.92 | 780.77 |
| State W/H | | | 25.81 | 396.67 |
| SUI | | | 0.59 | 9.04 |
| Local W/H | | | 8.41 | 129.22 |
| Total Withholdings | | | 148.03 | 2,304.10 |

| Deductions | Amount | YTD |
|---|---|---|
| LST | 2.00 | 30.00 |
| Loan | 25.00 | 375.00 |
| Total Deductions | 27.00 | 405.00 |

| | Amount | YTD |
|---|---|---|
| Net Pay | 665.55 | 10,211.16 |

SHED - KYLAH SHEHAD

Number of checks: 1

PA SUTA: 0.00

Average Hours Per Check: 69.07

| | Number of checks: 1 | Average Hours Per Check: 69.07 | | | |
|---|---|---|---|---|---|
| Wages | 69.0700 | $42.65 | FICA-SS | 52.24 | 1-ST | 2.00 |
| Other Wages | 0.0000 | 0.00 | FICA-Med | 12.22 | Medical Insurance | 0.00 |
| Vacation | 0.0000 | 0.00 | Federal W/H | 49.23 | Dental/Vision | 0.00 |
| Holiday | 0.0000 | 0.00 | State W/H | 25.87 | MISC | 0.00 |
| Sick | 0.0000 | 0.00 | SUI | 0.59 | Loan | 25.00 |
| | | | Local W/H | 8.43 | | |

TOTALS

Net Benefit Accruals:
Company Expenses:

| | | | |
|---|---|---|---|
| 69.0700 | $42.65 | 148.58 | NET PAY: 27.00 |

Vacation: 0.0000 Holiday: 0.0000 Sick: 0.0000
FICA-SS: 52.24 FICA-Med: 12.22 FUTA: 0.00
PA SUTA: 0.00

667.07

SILVE
Page 2

GALL. - KYLAH GALLAGHER

| | Number of Checks: 1 | Average Hours Per Check: 77.95 | | |
|---|---|---|---|---|
| Wages | 65.9500 | 711.62 | FICA-SS: | 58.08 | LST | 2.00 |
| Other Wages | 0.0000 | 24.85 | FICA-Med | 13.59 | Medical Insurance | 0.00 |
| Vacation | 4.0000 | 46.80 | Federal W/H | 61.37 | Dental/Vision | 0.00 |
| Holiday | 8.0000 | 93.60 | State W/H | 28.76 | MISC | 0.00 |
| Sick | 0.0000 | 0.00 | SUI | 0.66 | Loan | 286.00 |
| | | | Local W/H | 9.37 | | 27.00 |

TOTALS              936.87                                    173.83                         NET PAY:        736.04

Net Benefit Accruals: Vacation: -4.0000 Holiday: -8.0000 Sick: 0.0000
Company Expenses: FICA-SS: 58.09 FICA-Med: 13.58 FUTA: 5.62
PA SUTA: 42.98